IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.** 07-po-00136-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BOB LANSING,

    Defendant.

---

**ORDER**

---

UPON THE COURT'S consideration of the government's Motion to Dismiss without Prejudice filed in this matter,

And the Court being fully advised in the premises and in the interests of justice,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED **WITHOUT PREJUDICE.**

DONE this 6th day of May, 2008.

BY THE COURT:

_____
David L. West
U.S. Magistrate Judge